1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CHERYL WADE BREWER,              )    NO. ED CV 12-621-GW(E)
                                     )
12              Plaintiff,           )
                                     )    ORDER TO SHOW CAUSE RE
13       v.                          )
                                     )    DISMISSAL FOR FAILURE TO
14  MICHAEL J. ASTRUE, COMMISSIONER  )
    OF SOCIAL SECURITY,              )    PROSECUTE
15                                   )
                                     )
16              Defendant.           )
    _____)
17

18      By Order filed May 7, 2012, the Court directed Plaintiff to file

19  a proof of service of the Summons and Complaint within thirty (30)

20  days of the date of that Order.  As of the present date, no such proof

21  of service has been filed.

22

23      IT IS ORDERED that Plaintiff shall appear before Judge

24  Charles F. Eick in Courtroom 20 at 9:30 a.m., on **July 20, 2012,** and

25  then and there shall show cause, if there be any, why this action

26  should not be dismissed for violation of this Court's previous Order

27  and for Plaintiff's failure to prosecute this action.  See Link v.

28  Wabash R.R., 370 U.S. 626, 629-30 (1952).

1     If proof of service of the Summons and Complaint is filed with
2  the Clerk and a copy delivered to the Chambers of the Magistrate Judge
3  before the hearing date, the Order to Show Cause Re Dismissal will be
4  taken off calendar and Plaintiff need not appear.

6     If no proof of service is filed and submitted prior to the
7  hearing, and if Plaintiff objects to dismissal of the action,
8  Plaintiff shall file a written objection to the dismissal, with points
9  and authorities, not later than ten (10) days prior to the hearing.
10 (Failure to file such objection within the time specified or failure
11 to appear at the hearing will be deemed a consent to the dismissal of
12 the action as proposed herein).

14    If Plaintiff does not object to the proposed dismissal, Plaintiff
15 shall so inform the Clerk in writing and Plaintiff's appearance at the
16 hearing will be excused.

18    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
19 of this Order by United States mail on Plaintiff.

21    DATED:  June 18, 2012.


                              _____/S/_____
                                       CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE

2