Case 5:12-cv-00621-E

1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw@sbcglobal.net
   Attorney for Plaintiff

```
FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHERYL WADE BREWER,<br><br>             Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN[1],<br>Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO.: **EDCV 12-0621 E**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and no/cents ($2,500.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 5/1/13                   _____
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).